UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD J. ROSS, II,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA HEALTH CARE<br>SERVICES, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-0202 KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983, and requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c).

Review of the complaint reflects that plaintiff did not sign his pleading. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Plaintiff may either re-file a signed complaint, or he may sign and return the copy of page 5 provided. Plaintiff is cautioned that failure to sign his pleading will result in the dismissal of this action. Fed. R. Civ. P. 11(a); 41(b).

////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send plaintiff a copy of page 5, without the banner across the top (ECF No. 1 at 5); and

2. Within twenty-one days, plaintiff shall re-file a signed complaint or submit a signed page 5 and request the Clerk of the Court to interlineate the signed page into his original complaint.

Dated:  March 3, 2017

/ross0202.r11

*[Signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE