UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD J. ROSS, II, | No. 2:17-cv-0202 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA HEALTH CARE SERVICES, et al., | |
| Defendants. | |

On May 8, 2017, plaintiff filed an amended complaint signed May 1, 2017.[1] However, this civil rights action was closed on April 14, 2017. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: May 15, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/ross0202.58

---

[1] Plaintiff's amended complaint suffers from the same defects discussed in the April 14, 2017 order. Specifically, he names defendants immune from suit under the Eleventh Amendment (ECF No. 8 at 3-4), and lacks standing to challenge the theft of the laptop (ECF No. 8 at 4-5).

1